THE SEYMOUR NATIONAL BANK AS THE GUARDIAN FOR TIMOTHY CLYDE O'SULLIVAN, THE SEYMOUR NATIONAL BANK AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DEBORAH O'SULLIVAN, JOHN L. O'SULLIVAN *v.* STATE OF INDIANA

[No. 1-578A125. Filed January 31, 1979. Rehearing denied March 25, 1979. Transfer granted July 10, 1981.]